IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:03CR3134 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JAMES CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Plaintiff's Motion to Continue Sentencing, filing number 72.

The Court, being duly advised, finds that the Motion to Continue Sentencing should be granted.

IT IS THEREFORE ORDERED that the sentencing hearing is continued until Friday, August 19, 2005, from 12:00-1:30 p.m. before the undersigned United States district judge in Courtroom No. 1, Robert V. Denney Federal Building and Courthouse, Lincoln, Nebraska.

July 7, 2005.   BY THE COURT:

s/ RICHARD G. KOPF
United States District Judge